**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 113974
*Attorneys for Plaintiff*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 29 2018 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Brian Carrick, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

Statewide Credit Services, Corp. d/b/a Schwartz, Schwartz & Associates,

Defendant.

---

Docket No: 2:18-cv-02883-JFB-SIL

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: June 27, 2018

*The clerk of the court shall close the case.*

**BARSHAY SANDERS, PLLC**

By: */s Craig B. Sanders*
Craig B. Sanders
100 Garden City Plaza, Suite
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 113974
*Attorneys for Plaintiff*

SO ORDERED
Joseph Bianco
Joseph F. Bianco
USDJ
Date: June 29, 2018
Central Islip, N.Y.